UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                              :        ORDER
                                    :
TERRORIST ATTACKS ON                :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss (ECF No. 9362[1]) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is scheduled for July 10, 2024 at 9:45 a.m.

Dated:  May 30, 2024
        New York, New York

                                             SO ORDERED.

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                             United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).